# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Javier Ivan Centeno Ocasio aka Javier Centeno<br>　　　　　　Debtor<br><br>M&T Bank<br>　　　　　　Movant<br>　　vs.<br><br>Javier Ivan Centeno Ocasio aka Javier Centeno<br>　　　　　　Debtor<br><br>Scott F. Waterman, Esquire<br>　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 20-11764 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about June 4, 2020 (Document No. 13).

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　215-627-1322

October 9, 2020