United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                           Case No. 20-11764-pmm

Javier Ivan Centeno Ocasio                                                                                                        Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4       User: Adminstra       Page 1 of 1
Date Rcvd: Nov 27, 2020       Form ID: pdf900       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Javier Ivan Centeno Ocasio, 5435 Mauser Street, Laurys Station, PA 18059-1317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2020       Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Javier Ivan Centeno Ocasio claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

```
                    UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA


                              11/27/2020

To:  CHARLES LAPUTKA
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102

                              In re: Javier Ivan Centeno Ocasio
                              Bankruptcy No. 20-11764-pmm
                              Adversary No.
                              Chapter 13

        Re:  Application for Compensation
The above pleading was filed in this office on 10/16/2020.
Please be advised that the following document(s) has (have) not
been filed as required pursuant to the Federal Rules of
Bankruptcy Procedure and/or the Local Rules of this court:

             ()   Affidavit
             ()   Certificate of Service
             (xx) Certification of no response
             ()   Notice pursuant to Rule 9019
             ()   Notice pursuant to Rule 2002
             ()   Notice pursuant to Rule 3007.1
             ()   Proof of Claim number not noted on
                     objection pursuant to Rule 3007.1(a)
             ()   Proposed Order
             ()   Stipulation
             ()   Certification of Default
             ()   Other

In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.

                              Timothy B. McGrath
                              Clerk



                         By:  _____C. Wagner_____
                                   Deputy Clerk

status.frm
(rev. 11/26/2018)
```