| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-11764-PMM

| | |
|---|---|
| Javier Ivan Centeno Ocasio | Petition Filed Date: 03/23/2020 |
| 5435 Mauser Street | 341 Hearing Date: 05/12/2020 |
| Laurys Station  PA   18059 | Confirmation Date: 10/15/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/30/2021 | $403.00 | | 06/01/2021 | $403.00 | | 06/30/2021 | $403.00 | |
| 07/30/2021 | $403.00 | | 08/30/2021 | $403.00 | | 09/30/2021 | $403.00 | |
| 11/01/2021 | $403.00 | | 12/01/2021 | $403.00 | | 12/30/2021 | $403.00 | |
| 01/31/2022 | $403.00 | | 03/02/2022 | $403.00 | | 03/30/2022 | $403.00 | |
| 05/02/2022 | $403.00 | | 05/31/2022 | $403.00 | | 06/30/2022 | $403.00 | |
| 08/01/2022 | $403.00 | | | | | | | |

**Total Receipts for the Period: $6,448.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,169.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,060.00 | $2,060.00 | $0.00 |
| 1 | CASTLE CREDIT CORPORATION »» 001 | Secured Creditors | $5,987.87 | $3,304.35 | $2,683.52 |
| 2 | MARINER FINANCE LLC »» 002 | Unsecured Creditors | $2,669.14 | $0.00 | $2,669.14 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »» 003 | Unsecured Creditors | $150.00 | $0.00 | $150.00 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $757.63 | $0.00 | $757.63 |
| 5 | M&T BANK »» 005 | Mortgage Arrears | $10,679.37 | $5,893.29 | $4,786.08 |
| 6 | PA DEPARTMENT OF REVENUE »» 06P | Priority Crediors | $388.93 | $388.93 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE »» 06U | Unsecured Creditors | $18.45 | $0.00 | $18.45 |

**Chapter 13 Case No. 20-11764-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,169.00 | Current Monthly Payment: | $403.00 |
| Paid to Claims: | $11,646.57 | Arrearages: | ($780.00) |
| Paid to Trustee: | $1,151.67 | Total Plan Base: | $25,285.00 |
| Funds on Hand: | $370.76 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.