Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-11764-PMM**

Javier Ivan Centeno Ocasio  
5435 Mauser Street  
Laurys Station  PA    18059

Petition Filed Date: 03/23/2020  
341 Hearing Date: 05/12/2020  
Confirmation Date: 10/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $403.00 | | 08/30/2022 | $403.00 | | 09/30/2022 | $403.00 | |
| 10/31/2022 | $403.00 | | 12/01/2022 | $403.00 | | 01/03/2023 | $403.00 | |
| 01/30/2023 | $403.00 | | 03/02/2023 | $403.00 | | 03/30/2023 | $403.00 | |
| 05/01/2023 | $403.00 | | 05/31/2023 | $403.00 | | 06/30/2023 | $403.00 | |
| 07/31/2023 | $403.00 | | | | | | | |

**Total Receipts for the Period: $5,239.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,005.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,060.00 | $2,060.00 | $0.00 |
| 1 | CASTLE CREDIT CORPORATION »» 001 | Secured Creditors | $5,987.87 | $4,898.40 | $1,089.47 |
| 2 | MARINER FINANCE LLC »» 002 | Unsecured Creditors | $2,669.14 | $0.00 | $2,669.14 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »» 003 | Unsecured Creditors | $150.00 | $0.00 | $150.00 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $757.63 | $0.00 | $757.63 |
| 5 | M&T BANK »» 005 | Mortgage Arrears | $10,679.37 | $8,736.27 | $1,943.10 |
| 6 | PA DEPARTMENT OF REVENUE »» 06P | Priority Crediors | $388.93 | $388.93 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE »» 06U | Unsecured Creditors | $18.45 | $0.00 | $18.45 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,005.00 | Current Monthly Payment: | $403.00 |
| Paid to Claims: | $16,083.60 | Arrearages: | ($780.00) |
| Paid to Trustee: | $1,554.67 | Total Plan Base: | $25,285.00 |
| Funds on Hand: | $366.73 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.