# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Javier Ivan Centeno Ocasio aka Javier Centeno<br><br>                    Debtor(s) | CHAPTER 13 |
| M&T Bank<br><br>                    Movant<br>         vs. | NO. 20-11764 PMM |
| Javier Ivan Centeno Ocasio aka Javier Centeno<br><br>                    Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman<br><br>                    Trustee | |

## ORDER

AND NOW, this __5th__ day of __December__, 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge