Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 20-11764-PMM**

Javier Ivan Centeno Ocasio  
5435 Mauser Street  
Laurys Station  PA    18059

Petition Filed Date: 03/23/2020  
341 Hearing Date: 05/12/2020  
Confirmation Date: 10/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2023 | $403.00 | | 10/02/2023 | $403.00 | | 10/30/2023 | $403.00 | |
| 12/01/2023 | $403.00 | | 01/03/2024 | $403.00 | | 01/30/2024 | $403.00 | |
| 03/01/2024 | $403.00 | | 04/01/2024 | $403.00 | | 04/30/2024 | $403.00 | |
| 05/31/2024 | $403.00 | | 07/01/2024 | $403.00 | | 07/30/2024 | $403.00 | |

**Total Receipts for the Period: $4,836.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $22,841.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,060.00 | $2,060.00 | $0.00 |
| 1 | CASTLE CREDIT CORPORATION »» 001 | Secured Creditors | $5,987.87 | $5,987.87 | $0.00 |
| 2 | MARINER FINANCE LLC »» 002 | Unsecured Creditors | $2,669.14 | $1,255.13 | $1,414.01 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »» 003 | Unsecured Creditors | $150.00 | $70.52 | $79.48 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $757.63 | $356.26 | $401.37 |
| 5 | M&T BANK »» 005 | Mortgage Arrears | $10,679.37 | $10,679.37 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE »» 06P | Priority Crediors | $388.93 | $388.93 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE »» 06U | Unsecured Creditors | $18.45 | $0.00 | $18.45 |

**Chapter 13 Case No. 20-11764-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,841.00 | Current Monthly Payment: | $403.00 |
| Paid to Claims: | $20,798.08 | Arrearages: | ($377.00) |
| Paid to Trustee: | $2,034.24 | Total Plan Base: | $25,285.00 |
| Funds on Hand: | $8.68 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.