United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11764-pmm |
| Javier Ivan Centeno Ocasio | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 11, 2025 | Form ID: 138OBJ | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Javier Ivan Centeno Ocasio, 5435 Mauser Street, Laurys Station, PA 18059-1317 |
| 14487412 | + | AG Expedited Inc, 676 Cumberland Trail, Roselle, IL 60172-4614 |
| 14487414 | + | CNAC/PA108, 800 SW 39th Street, Renton, WA 98057-4927 |
| 14487417 | + | Equiant Financial Services, 5401 N Pima Rd, Ste 150, Scottsdale, AZ 85250-2630 |
| 14491977 | + | M&T Bank, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14487424 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First FCU, 2141 Downey Flake, Allentown, PA 18103 |
| 14487425 | | Remex Inc, 307 Walnut Street, Princeton, NJ 08540 |
| 14487426 | + | Saulino Centeno, 5435 Mauser Street, Laurys Station, PA 18059-1317 |
| 14487427 | + | Unlimited Towing Service, 3603 E Market St, York, PA 17402-2627 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 12 2025 02:31:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 12 2025 02:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14487413 | + | Email/Text: legal@castlecredit.com | Mar 12 2025 02:32:00 | Castle Credit Co Holding, 8430 W. Bryn Mawr Ave, Ste 750, Chicago, IL 60631-3475 |
| 14494687 | + | Email/Text: legal@castlecredit.com | Mar 12 2025 02:32:00 | Castle Credit Co Holdings, LLC, 20 North Wacker Drive, Suite 2275, Chicago, Illinois 60606-3096 |
| 14487415 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 12 2025 02:32:36 | Convergent Outsourcing Inc, 800 SW 39th Street, Renton, WA 98057-4927 |
| 14487416 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 12 2025 01:08:52 | Credit One Bank, PO BOX 98875, Las Vegas, NV 89193-8875 |
| 14487418 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 12 2025 02:32:00 | Jefferson Capital System, 16 MCleland Road, Saint Cloud, MN 56303 |
| 14487419 | ^ | MEBN | Mar 12 2025 00:39:37 | KML Law Group, P.C., 701 Market St Suite 5000, Philadelphia, PA 19106-1541 |
| 14503882 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2025 02:12:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14487420 | + | Email/Text: bnc-capio@quantum3group.com | Mar 12 2025 02:32:00 | Law Offices MBA, 3400 Texoma Pkwy, Ste 100, Sherman, TX 75090-1916 |
| 14487421 | | Email/Text: camanagement@mtb.com | Mar 12 2025 02:31:00 | M&T Bank, PO BOX 900, Millsboro, DE 19966 |
| 14506096 | | Email/Text: camanagement@mtb.com | Mar 12 2025 02:31:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240 |

Case 20-11764-pmm   Doc 54   Filed 03/13/25   Entered 03/14/25 00:35:00   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 11, 2025 | Form ID: 138OBJ | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14505351 | | Email/Text: camanagement@mtb.com | Mar 12 2025 02:31:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14491688 | ^ | MEBN | Mar 12 2025 00:39:38 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14487422 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 12 2025 02:31:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14487423 | | Email/Text: clientservices@paramountrecovery.com | Mar 12 2025 02:31:00 | Paramount Recovery System, PO BOX 23369, Waco, TX 76702 |
| 14523965 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 12 2025 02:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14497462 | | Email/Text: bnc-quantum@quantum3group.com | Mar 12 2025 02:31:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14495466 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Javier Ivan Centeno Ocasio claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)–doc 53 − 47

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Javier Ivan Centeno Ocasio ) Case No. 20−11764−pmm
   aka Javier Centeno )
                     Debtor(s). ) Chapter: 13
                     )
                     )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                Eastern District of Pennsylvania
                United States Bankruptcy Court
              Office of the Clerk, Gateway Building
                  201 Penn Street, 1st Floor
                      Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 11, 2025                                                                                            For The Court

                                                                                                                       Timothy B. McGrath
                                                                                                                       Clerk of Court